AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Illinois ▼

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  26 -cr -40038-SMY |
| | ) | |
| Ethan Yates | ) | |
| *Defendant* | ) | |

FILED
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
Jul 14, 2026

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:    07/14/2026

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Matthew Radefeld
*Printed name of defendant's attorney*

_____
*Judge's signature*

Honorable Staci M. Yandle, Chief District Court Judge
*Judge's printed name and title*